# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 6, 2024

## NO. 03-24-00290-CR

**Issac Caballero, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 5 OF WILLIAMSON COUNTY
## BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
## AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment adjudicating guilt entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment adjudicating guilt. Therefore, the Court affirms the trial court's judgment adjudicating guilt. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.